IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                              Cr. No. H-24-cr-226

KENNETH DWAYNE WESTBROOK

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Kenneth Dwayne Westbrook moves this Court for a **sixty-**day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Mr. Westbrook is charged with wire fraud. The pretrial motions deadline was January 3, 2025, the pretrial conference is set for February 7, 2025, and trial is set for February 11, 2025.

Discovery has been received, and undersigned counsel has begun his own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete his investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Westbrook.

The government is unopposed to this Motion for Continuance.

        Respectfully submitted,

        PHILIP G. GALLAGHER
        Federal Public Defender
        Southern District of Texas No. 566458
        New Jersey State Bar No. 2320341

        By /s/ Amr A. Ahmed
        AMR A. AHMED
        Assistant Federal Public Defender
        Southern District of Texas No. 3088803
        Virginia State Bar No. 81787
        440 Louisiana, Suite 1350
        Houston, TX 77002-1056
            Telephone:  713.718.4600
            Fax:          713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Michael Chu and determined that the United States is unopposed to this motion for continuance.

/s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on January 31, 2025, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and by electronic mail to the office of Assistant United States Attorney Michael Chu.

/s/ Amr A. Ahmed
AMR A. AHMED